NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GC COLUMBIA, LLC,**
*Appellant*

**v.**

**ADMINISTRATOR OF THE GENERAL SERVICES ADMINISTRATION,**
*Appellee*

---

2023-1403

---

Appeal from the Civilian Board of Contract Appeals in No. 7374, Administrative Judge Harold C. Kullberg, Administrative Judge Jerome M. Drummond, Administrative Judge Patricia J. Sheridan.

---

## JUDGMENT

---

WILHELM DINGLER, Bullivant Houser Bailey PC, Seattle, WA, argued for appellant.  Also represented by ANTOINE JULIAN SMITH.

LIRIDONA SINANI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee.  Also represented by BRIAN M.

BOYNTON, WILLIAM JAMES GRIMALDI, IGOR HELMAN, PATRICIA M. MCCARTHY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CLEVENGER, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 3, 2024
Date

Jarrett B. Perlow
Clerk of Court